David Halberstadter (CA 107033)
david.halberstadter@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067-5010
Telephone: +1.310.788.4400
Facsimile: +1.310.788.4471
Attorneys for Defendant
**PARAMOUNT GLOBAL**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYHBUCK p/k/a FAT CODA STUDIOS, an individual, and WATCHDOG AI, INC., a California corporation,<br><br>Plaintiffs<br><br>v.<br><br>PARAMOUNT GLOBAL, a Delaware corporation,<br><br>Defendant | Case No.   25-cv-01605<br><br>**DEFENDANT'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>[Assigned to District Judge Josephine L. Staton and Magistrate Judge Joel Richlin] |

**DEFENDANT'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

302876203

**TO THE COURT, PLAINTIFF AND ITS COUNSEL:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the undersigned, counsel for Defendant, hereby certifies that the following listed parties may have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Joseph Rayhbuck;
2. Plaintiff Watchdog AI, Inc.; and
3. Defendant Paramount Global

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel states that Defendant Paramount Global is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global. Paramount Global is not aware, without further inquiry, of any publicly held corporation owning 10% or more of its total common stock, i.e., Class A and Class B, on a combined basis.

Dated: March 21, 2025

KATTEN MUCHIN ROSENMAN LLP
DAVID HALBERSTADTER

By: /s/David Halberstadter
Attorneys for Defendant
**PARAMOUNT GLOBAL**

302876203