VALKYRIE LAW GROUP, P.C.
HEATHER L. BLAISE, ESQ. (SBN 261619)
1 N. State Street, Suite 1500
Chicago, IL 60602
Telephone: 312-448-6602
Email: hblaise@valklaw.com
Attorneys for Plaintiffs,
**JOSEPH RAYHBUCK p/k/a FAT CODA STUDIOS, and WATCHDOG AI, INC.**

David Halberstadter (CA 107033)
david.halberstadter@katten.com
KATTEN MUCHIN ROSENMAN LLP
2121 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067-5010
Telephone: +1.310.788.4400
Facsimile: +1.310.788.4471
Attorneys for Defendant,
**PARAMOUNT GLOBAL**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYHBUCK p/k/a FAT CODA STUDIOS, an individual, and WATCHDOG AI, INC., a California corporation,<br><br>Plaintiffs,<br>v.<br><br>PARAMOUNT GLOBAL, a Delaware corporation,<br><br>Defendant. | CASE NO: 2:25-cv-01605-JLS-AJRx<br><br>**STIPULATION TO ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>[Proposed] Order submitted herewith<br><br>*Assigned to the Hon. Josephine L. Staton*<br><br>Action Filed:    February 25, 2025 |

Plaintiffs JOSEPH RAYHBUCK p/k/a FAT CODA STUDIOS and WATCHDOG AI, INC. (collectively, "Plaintiffs") and Defendant PARAMOUNT

GLOBAL ("Defendant"), through their respective counsel, hereby enter the following stipulation respecting Plaintiff's filing of a First Amended Complaint and Defendant's filing of a response thereto. This Stipulation is based upon the following:

WHEREAS, Plaintiffs filed their initial Complaint on February 25, 2025 (Dkt. 1);

WHEREAS, Plaintiffs effected service of the Complaint on Defendant on March 4, 2025 (Dkt. 15); and

WHEREAS, Plaintiffs and Defendant have reached a settlement and have executed the settlement agreement.

WHEREAS, Plaintiffs are awaiting payment which the Parties expect to occur on or before August 8, 2025 at which time the parties expect to enter a proposed dismissal with prejudice order.

Based on the foregoing, the parties hereby stipulate as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their respective attorneys of record, stipulate to the entry of the accompanying Order dismissing this action, (1) without prejudice, and with Plaintiffs, on the one hand, and Defendant, on the other hand, to bear their respective attorneys' fees and costs, and (2) with the Court to retain jurisdiction pending the parties' completion of their settlement terms and filing of a Stipulation and Proposed Order of dismissal with prejudice.

Dated: July 14, 2025  VALKYRIE LAW GROUP, P.C.

HEATHER L. BLAISE, ESQ.

By: */s/ Heather L. Blaise*

Attorneys for Plaintiffs

Dated: July 14, 2025  KATTEN MUCHIN ROSENMAN LLP

DAVID HALBERSTADTER

By: */s/ David Halberstadter*

Attorneys for Defendant

- 3 -

1   I, Heather L. Blaise, hereby attest that all other signatories listed above, on
2  whose behalf this filing is submitted, concur in the filing's content and have authorized
3  the filing.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28