| | |
|---|---|
| 1 | VALKYRIE LAW GROUP, P.C. |
| 2 | HEATHER L. BLAISE, ESQ. (SBN 261619) |
|   | 1 N. State Street, Suite 1500 |
| 3 | Chicago, IL 60602 |
| 4 | Telephone: 312-448-6602 |
|   | Email: hblaise@valklaw.com |
| 5 | Attorneys for Plaintiffs, |
| 6 | **JOSEPH RAYHBUCK p/k/a FAT CODA STUDIOS, and WATCHDOG AI, INC.** |
| 7 | |
| 8 | David Halberstadter (CA 107033) |
|   | david.halberstadter@katten.com |
| 9 | KATTEN MUCHIN ROSENMAN LLP |
| 10 | 2121 Avenue of the Stars |
|    | Suite 1100 |
| 11 | Los Angeles, CA 90067-5010 |
| 12 | Telephone: +1.310.788.4400 |
|    | Facsimile: +1.310.788.4471 |
| 13 | Attorneys for Defendant, |
| 14 | **PARAMOUNT GLOBAL** |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYHBUCK p/k/a FAT CODA STUDIOS, an individual, and WATCHDOG AI, INC., a California corporation, <br><br> Plaintiffs, <br> v. <br><br> PARAMOUNT GLOBAL, a Delaware corporation, <br><br> Defendant. | CASE NO: 2:25-cv-01605-JLS-AJRx <br><br> **STIPULATION TO ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> [Proposed] Order submitted herewith <br><br> *Assigned to the Hon. Josephine L. Staton* <br><br> Action Filed:   February 25, 2025 |

Plaintiffs JOSEPH RAYHBUCK p/k/a FAT CODA STUDIOS and WATCHDOG AI, INC. (collectively, "Plaintiffs") and Defendant PARAMOUNT

- 1 -
STIPULATION

Case 2:25-cv-01605-JLS-AJR    Document 28    Filed 08/08/25    Page 2 of 3    Page ID #:80

GLOBAL ("Defendant"), through their respective counsel, hereby enter the following stipulation respecting Plaintiff's filing of a First Amended Complaint and Defendant's filing of a response thereto.  This Stipulation is based upon the following:

WHEREAS, Plaintiffs filed their initial Complaint on February 25, 2025 (Dkt. 1);

WHEREAS, Plaintiffs effected service of the Complaint on Defendant on March 4, 2025 (Dkt. 15);

WHEREAS, the Parties entered into a settlement agreement to resolve this action;

WHEREAS, on July 24, 2025, this Honorable Court dismissed this action without prejudice, with the Parties to bear their respective attorneys' fees and costs, and for the Court to retain jurisdiction pending the Parties' completion of their settlement (Dkt. 26); and

WHEREAS, Defendant has complied with its obligations under the settlement agreement.

Based on the foregoing, the Parties hereby stipulate as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, through their respective attorneys of record, stipulate to the entry of the accompanying Order dismissing this action, in its entirety, with prejudice, and with Plaintiffs, on the one hand, and Defendant, on the other hand, to bear their respective attorneys' fees and costs.

Dated: August 8, 2025         VALKYRIE LAW GROUP, P.C.
                              HEATHER L. BLAISE, ESQ.
                              By:   */s/ Heather L. Blaise*
                              Attorneys for Plaintiffs


Dated: August 8, 2025         KATTEN MUCHIN ROSENMAN LLP
                              DAVID HALBERSTADTER

- 2 -
STIPULATION

By: <u>  /s/ David Halberstadter  </u>

Attorneys for Defendant

I, Heather L. Blaise, hereby attest that all other signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.